# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**KIDIA M. TYLER,**

                Plaintiff,

     **v.**                              **Case No. 14-C-956**

**CNH GLOBAL,**

                Defendant.

# DECISION AND ORDER

Pro se Plaintiff Kidia M. Tyler ("Tyler") has filed a motion for recusal and two motions for relief from judgment. (ECF Nos. 14-16.) Her motion for recusal relates to the Court's rulings in another case she filed, No. 14-C-955 (E.D. Wis.), *Tyler v. Milwaukee Area Office,* and those rulings do not provide a basis for recusal. *See Liteky v. United States,* 510 U.S. 540, 555 (1994).

Filed less than 28 days from the entry of judgment, her motions for relief from judgment are Rule 59(e) motions. Rule 59(e) allows a court to alter or amend a judgment only if the petitioner can establish a manifest error of law or can present newly discovered evidence. *Anderson v. Catholic Bishop of Chi.* 759 F.3d 645, 652-53 (7th Cir. 2014) (citing Fed. R. Civ. P. 59(e)). Tyler has not established a basis for relief from judgment. However, Tyler has the right to file an amended Complaint once as a

matter of course. The Clerk of Court will be directed to file Tyler's proposed amended Complaint.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Tyler's motion for recusal (ECF No. 14) is **DENIED**;

Tyler's motions for relief from judgment (ECF Nos. 15, 16) are **DENIED**; and

The Clerk of Court is **DIRECTED TO FILE** Tyler's amended Complaint.

Dated at Milwaukee, Wisconsin, this 30th day of September, 2014.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**